# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOSEPH CURRY, | : | CIVIL ACTION |
| Plaintiff, | : | |
| | : | |
| v. | : | No. 14-5253 |
| | : | |
| BRIANNE YACHERA, et al., | : | |
| Defendants. | : | |

## O R D E R

**AND NOW**, this 12th day of March 2015, upon consideration of the defendants' motions to dismiss the amended complaint (Doc. No. 25, 27, 29, 35, 36) and all responses thereto, it is hereby **ORDERED** that the motions are **GRANTED**. This case is **DISMISSED** for the reasons stated in the accompanying memorandum.

The Clerk of Court shall **CLOSE** this case.

BY THE COURT:

/s/Lawrence F. Stengel
LAWRENCE F. STENGEL, J.